IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SEBIT MAYOT,

Defendant.

8:25-CR-172

FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture. Filing 45. Having reviewed the record in this case, the Court finds as follows:

1. On November 6, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, including a .380 Ruger LCP II semi-automatic handgun and loaded magazine. Filing 33.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 11, 2025, as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). A Declaration of Publication was filed herein on January 14, 2026. Filing 44.

3. The Government advises the Court that no party has filed a petition in this matter regarding the subject property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

1

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 45, is granted;

2. All right, title, and interest in and to any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, including a .380 Ruger LCP II semi-automatic handgun and loaded magazine seized from the defendant on or about August 5, 2024, held by any person or entity are forever barred and foreclosed;

3. Any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, including a .380 Ruger LCP II semi-automatic handgun and loaded magazine, are forfeited to the Government; and

4. The Government is directed to dispose of any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offenses, including a .380 Ruger LCP II semi-automatic handgun and loaded magazine, in accordance with the law.


Dated this 29th day of January, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2